IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVERICK SCOTT
ADC #131042                                                               PLAINTIFF

v.                       No. 5:17-cv-98-DPM-PSH

DANNY BURL, Warden, Tucker
Max Unit, ADC, *et al.*                                                  DEFENDANTS

## ORDER

Unopposed partial recommendation, № 21, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Scott's claims against Lieutenant Cochoran are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 September 2017