IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVERICK SCOTT
ADC #131042                                                                              PLAINTIFF

v.                            No. 5:17-cv-98-DPM-PSH

DANNY BURL, Warden,
Tucker Max Unit, ADC, *et al.*                                                DEFENDANTS

## ORDER

Unopposed partial recommendation, № 38, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for partial summary judgment, № 26, granted. Scott's corrective inaction claims against Burl and Kelley—and all his claims against Christopher, Neal, and Neese—are dismissed without prejudice for failure to exhaust.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United State District Judge

26 June 2018