IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVERICK SCOTT
ADC #131042                                                                PLAINTIFF

v.                          No. 5:17-cv-98-DPM

DANNY BURL, Warden,
Tucker Max Unit, ADC, *et al.*                                            DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's careful recommendation, № 55, and overrules Scott's objections, № 58. FED. R. CIV. P. 72(b)(3). Motion for summary judgment, № 44, granted. Scott's remaining claims will be dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United State District Judge

29 July 2019