IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVERICK SCOTT
ADC #131042                                                    PLAINTIFF

v.                      No. 5:17-cv-98-DPM

DANNY BURL, Warden,
Tucker Max Unit, ADC, *et al.*                                 DEFENDANTS

## JUDGMENT

1. Scott's claims against Christopher, Neal, Neese, and Cocran are dismissed without prejudice.

2. Scott's corrective inaction claims against Burl and Kelley are dismissed without prejudice.

3. All other claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United State District Judge

29 July 2019